**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**Western Division**

| | |
|---|---|
| Reclamation Technologies, Inc., ) | |
| ) | Case No. 3:06-cv-861-DAK |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| ) | |
| Chemtura Corporation, ) | |
| ) | |
| Defendant. ) | |

The parties having concluded their dispute by written settlement agreement, notice is hereby given pursuant to Fed. R. Civ. P. 41(a) (1) that plaintiff hereby dismisses its action, at plaintiff's costs.

Respectfully submitted,

Date: September 11, 2006

/s/ John J. McHugh, III
John J. McHugh, III (0019750)
McHugh & McCarthy, Ltd.
5580 Monroe Street
Sylvania, Ohio 43560-2538
Telephone (419) 885-3597
Facsimile (419) 885-3861
mchugh@mchughlaw.com
Attorney for Plaintiff